# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**MARY-ELIZABETH HARPER,**  CASE NO. 3:22 CV 1308

    Plaintiff,

    v.  JUDGE JAMES R. KNEPP II

**UNIVERSITY OF TOLEDO,**
    Defendant.  **JUDGMENT ENTRY**

For the reasons stated in the related Memorandum Opinion and Order issued this same date, the Court ORDERS this case be DISMISSED.

IT IS SO ORDERED.

     s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

March 29, 2024